UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES THOMAS CLAGETT,<br><br>   Petitioner/Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent/Defendant. | NO. CR97-265RSL<br><br>ORDER DENYING PETITION |

  This matter comes before the Court on the "Petition to Deny Off Set and Forced Bankruptcy" (Dkt. #215). The petition is DENIED.

  DATED this 8th day of June, 2007.

          /s/ Robert S. Lasnik
         Robert S. Lasnik
         United States District Judge