THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR97-265-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING |
| CHARLES CLAGETT, | ) | COMPASSIONATE RELEASE |
| Defendant. | ) | |

This matter comes before the Court on Defendant Charles Clagett's stipulated motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons set forth in the stipulated motion.

It is therefore ORDERED that Charles Clagett's stipulated motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) is GRANTED. The Court ORDERS that Mr. Clagett's sentence of imprisonment be reduced to time served, and further ORDERS the Bureau of Prisons, at its discretion, to release Mr. Clagget at any date between the date of this Order or within 14 days from today if BOP determines that a quarantine period should be imposed before his release to the community. Mr. Clagett will be permitted to release to Fond du Loc, Wisconsin, where he will be supervised by the United States Probation Office in the District of Wisconsin.

ORDER GRANTING
COMPASSIONATE RELEASE
(*Charles Clagett*, CR97-265-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Mr. Clagett is ORDERED to contact the United States Probation Office in Wisconsin within 24 hours of his release and follow its instructions concerning the terms of his supervised release.

Upon release, Mr. Clagett will remain subject to the five-year term of supervised release originally imposed by the Court. *See* 18 U.S.C. § 3582(c)(1)(A); Dkt. 145.

DATED this 9th day of April 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender

s/ *Helen Brunner*
Assistant United States Attorney
Agreed to by stipulation

ORDER GRANTING
COMPASSIONATE RELEASE
(*Charles Clagett*, CR97-265-RSM) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100